■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELINO GONZALEZ, Appellant. — Judgment and order, Supreme Court, Bronx County (Drohan, J.), rendered on November 3, 1978 and September 18, 1980, respectively, affirmed. Concur — Murphy, P. J., Markewich and Lynch, JJ.

Carro and Silverman, JJ., dissent in part in a memorandum by Silverman, J., as follows: We would reduce the sentence to 4 to 8 years imprisonment. Heinous as the crime is, we think the sentence is excessive and disparate as compared to the many sentences that come before us for similar and more aggravated crimes.